# Court of Appeals
# of the State of Georgia

ATLANTA,  October 21, 2019

*The Court of Appeals hereby passes the following order:*

**A20D0100.   HERIBERTO CAMACHO et al. v. US BANK NATIONAL ASSOCIATION.**

Heriberto Camacho and Francisco Garcia Gomez filed an application for discretionary appeal, seeking review of the trial court's order granting U. S. Bank National Association's motion for summary judgment in this declaratory judgment action.   We, however, lack jurisdiction.

Under OCGA § 9-11-56 (h), the grant of summary judgment on any issue or as to any party is reviewable by direct appeal.  See *City of Demorest v. Town of Mt. Airy*, 282 Ga. 653, 654 n.1 (653 SE2d 43) (2007); *Whiddon v. Stargell*, 192 Ga. App. 826, 827-828 (386 SE2d 884) (1989).   Ordinarily, when a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j). However, to fall within this general rule the application must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d), (j). Here, Camacho and Gomez filed this application 539 days after entry of the order granting summary judgment. The application is therefore untimely, and it is hereby DISMISSED for lack of jurisdiction.[1]

---

[1] Camacho and Gomez also filed a notice of appeal in the trial court from the grant of summary judgment and that appeal was docketed in this Court as Case Number A20A0375.   On October 7, 2019, that case was dismissed for failure to file a brief.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  10/21/2019*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ , *Clerk.*